UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JUSTIN LOZANO and
CURTIS CLIFTON                                                                             PLAINTIFFS

v.                                          3:05CV00236GH/HDY

LEROY MEADOWS, et al.                                                                      DEFENDANTS

ORDER

On November 10, 2005, this Court entered an Order directing plaintiff Justin Lozano to notify the Court of his current address and his intent to continue prosecution with this action, within fifteen days of the date of the Order (DE #7). The Court further advised plaintiff that failure to file such in accordance with the Court's directions would result in the dismissal without prejudice of his complaint. The copy of the Order mailed to plaintiff Lozano's last-known address was returned to Sender on November 21, 2005 (DE #10). As of this date, plaintiff Lozano has not notified the Court of his new address.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of plaintiff Lozano's failure to respond to this Court's November 10, 2005 Order, the Court will dismiss him from the complaint without prejudice. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff Justin Lozano is hereby DISMISSED without prejudice from this complaint.

IT IS FURTHER ORDERED that his motion to proceed <u>in forma pauperis</u> (DE #1) is hereby DENIED.

IT IS SO ORDERED this 19th day of December, 2005.

*George Howard, Jr.*
United States District Judge