IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CURTIS CLIFTON                                                                                          PLAINTIFF

v.                                            3:05CV00236 GH/HDY

LEROY MEADOWS, et al.                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 18th day of January, 2006.

*George Howard, Jr.*
United States District Judge